AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
04/23/2019
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

USA §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:19-M -01280(1)
§
(1) Jamie Torres-Delgado §

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Jamie Torres-Delgado, was presented by counsel, Jack Meredith.

The defendant pled guilty to the complaint on April 23, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | April 19, 2019 |

As pronounced on April 23, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 23rd day of April, 2019.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | Case Number:   PE:19-M -01280(1) |
| (1) Jamie Torres-Delgado § | |
| *Defendant* § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On April 23, 2019, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   Meredith, Jack   FPD

**Bond**
(   )   No Bond Set.
**Next Hearing**
(   )         n/a

### SENTENCE IMPOSED BY THE COURT

( X )   WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
         **SENTENCE: TIME SERVED   FINE: NO         S/A: REMITTED**

(   )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
         **SENTENCED to:   1 YEAR(s) PROBATION, FINE: NO   S/A: REMITTED**

(   )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
         **SENTENCED to:   __ DAYS,   FINE: NO       S/A $10**

(   )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**              YES                       Record FTR Gold -
**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :
            03:05 - 03:25 p.m.              Arrested:      04/20/2019  in Presidio County
Time:       00  Minutes

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
04/23/2019
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

USA §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:19-M -01280(1) -
§
(1) Jamie Torres-Delgado §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 20, 2019** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title     **8**     United States Code, Section(s)     **1325(a)(1)**

I further state that I am a(n) **Border Patrol Prosecutions** and that this complaint is based on the following facts:   "The Defendant was arrested on April 20, 2019, in the Western District of Texas by Van Horn Border Patrol Agents.  The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer.  The Defendant last entered the United States on or about  April 19, 2019 , in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

*[signature]*

Signature of Complainant
Salisbury, Jr. , Martin
Border Patrol Prosecutions

April 23, 2019                                                  at   Alpine, Texas
Date                                                                           City and State

*[signature]*

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                 Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -01280(1)

WESTERN DISTRICT OF TEXAS

(1) Jamie Torres-Delgado

FACTS   (CONTINUED)

Secretary of Homeland Security.  The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

Defendant is a national and citizen of Mexico.

The Government can prove that on April 19, 2019, the defendant, Jamie TORRES-Delgado, who is a native and citizen of Mexico, did enter the United States illegally, near Presidio, Texas, by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
TORRES-DELGADO, JAMIE has no prior immigration apprehensions.

CRIMINAL HISTORY:
TORRES-DELGADO, JAMIE has no known criminal history.